| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Rosemary Gardey | Telephone: (313) 226-0285 | |
| | Special Agent: Amy Hirina, F.B.I. | Telephone: (248) 879-6090 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Andrew Gregory

Case No. Case: 2:21−mj−30446
Assigned To : Unassigned
Assign. Date : 9/23/2021
USA V. GREGORY (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 22, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Amy Hirina, F.B.I.
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 23, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Amy Hirina, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

## I.   INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2005, and am currently assigned to the FBI Detroit Division, Oakland County Resident Agency. While employed by the FBI, I have investigated federal criminal violations involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for ANDREW GREGORY (DOB 08/XX/1986) for violations of 18 U.S.C. § 2252A(a)(2) (Receipt and Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

## II. PROBABLE CAUSE

### A. The Undercover Operation

4. An Online Covert Employee (OCE) from Winnebago County Sheriff's Office located in Wisconsin was on Kik, an internet-based messaging application, in an undercover capacity, and observed the private Kik groups "Private Group [pi sign] (Anything goes) Grou…" and "8."

5. On approximately June 19, 2020, the OCE observed the following image posted in the Kik group "Private Group [pi sign] (Anything goes) Grou…" by Kik user "arrowverseboi:"

    a) Image depicts a prepubescent female approximately eight to eleven years old with her vagina exposed with one hand holding an adult male's erect penis. This image meets the federal definition of child pornography.

6. On approximately November 6, 2020, the OCE observed the following video posted in the Kik group "8" by Kik user "arrowverseboi:"

    b) Video depicts a prepubescent male approximately five to eight years old pulling down his pants and exposing himself to an adult female. The adult female then performs oral sex on the minor male. This video meets the federal definition of child pornography.

## B. Identifying ANDREW GREGORY

7. On or about July 21, 2020, Kik Interactive, Inc. responded to a subpoena seeking information for Kik account "arrowverseboi" with the following information:

   First Name: Oliver

   Last Name: Queen

   Email Address: drewbert48@gmail.com (unconfirmed)

   IP Addresses: 99.21.121.215

8. An open source search revealed IP address 99.21.121.215 belonged to AT&T U-verse.

9. On or about September 9, 2020, AT&T U-verse responded to a subpoena seeking information on IP address 99.21.121.215:

   Subscriber Name: Andrew Gregory

   Service Address: 48 E Lincoln Ave, Madison Hgts, MI 48071

10. A search of the Michigan State Police Sex Offender Registry revealed that Andrew James Gregory is a registered sex offender with a 2017 felony conviction in Oakland County Circuit Court for child sexually abusive activity distributing or promoting. GREGORY is on probation for his state conviction of child sexually abusive activity distributing or promoting.

3

### C. Evidence Seized During Execution of Search Warrant and GREGORY's Admissions

11. On September 22, 2021, the FBI executed a search warrant at GREGORY's residence in Madison Heights, Michigan. Electronic devices were seized during the search including an iPhone 5 from GREGORY's nightstand

12. On September 22, 2021, GREGORY after receiving his Miranda rights, GREGORY agreed to speak with the FBI at their office. GREGORY stated he used the Kik account "arrowverseboi" with the screen name "Oliver Queen." GREGORY admitted he used the Kik account to view and send child pornography on more than one occasion. GREGORY admitted he viewed child pornography depicting minors approximately eight to ten years old. GREGORY currently uses an iPhone 7, but admitted his previous phone was an iPhone 5 that was located at his residence. GREGORY after receiving his Miranda rights, agreed to speak with the FBI at their office.

13. During a review of the iPhone 5 seized from GREGORY's residence, at least 10 videos meeting the federal definition of child pornography were observed. In particular, the following videos were observed:

    a. Video depicts a nude male approximately ten to twelve years old with two nude females approximately six to nine years old. One minor female is kissing the minor male while the other minor female is performing oral sex on the minor male. This video meets the federal

4

      definition of child pornography.

      b. Video depicts a minor female approximately six to eight years old performing oral sex on an adult male. This video meets the federal definition of child pornography.

14. Based on the child pornography observed on GREGORY's iPhone 5, GREGORY's admissions, and the child pornography sent from GREGORY'S Kik account, I believe that probable cause exists that ANDREW GREGORY (DOB 08/XX/1986) violated 18 U.S.C. § 2252A(a)(2) (Receipt and Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

_____
Amy Hirina
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or
by reliable electronic means.

_____
Kimberly G. Altman
United States Magistrate Judge

September 23, 2021

5